IN THE SUPREME COURT OF THE STATE OF NEVADA

JANIS MARIE FREY,
                    Appellant,
            vs.
PALMS AT PECCOLE RANCH
APARTMENTS, LLC, A DELAWARE
LIMITED LIABILITY COMPANY; AND
APARTMENT MANAGEMENT
CONSULTANTS, LLC, A UTAH
LIMITED LIABILITY COMPANY,
                    Respondents.

No. 81228

FILED

JUL 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        CHIEF DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a stipulation and order for dismissal. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Review of the notice of appeal and docketing statement reveals a jurisdictional defect. Appellant is not aggrieved by an order that she stipulated to and may not appeal from that order.[1] *See* NRAP 3A(a) (allowing an appeal by an aggrieved party); *cf. Vinci v. Las Vegas Sands, Inc.*, 115 Nev. 243, 246, 984 P.2d 750, 752 (1991) (providing that when a party voluntarily stipulates to the entry of an order, that party cannot later

------

[1]In the docketing statement, appellant concedes that she signed the stipulation, but asserts that she did so under duress and as the result of coercion.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-26111

attack it as adversely affecting that party's rights). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Stefany Miley, District Judge
Janis Marie Frey
Wood, Smith, Henning & Berman, LLP/Las Vegas
Eighth District Court Clerk